IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Hunt, Regina

Printed: 12/13/07

Case Number: 07 B 15182
Judge: Squires, John H

Filed: 8/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: November 30, 2007
Confirmed:  November 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 881.00 |  |
| Secured: |  | 833.43 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 47.57 |
| Other Funds: |  | 0.00 |
| Totals: | 881.00 | 881.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | JP Morgan Chase Bank | Secured | 12,247.44 | 833.43 |
| 2. | Illinois Dept of Revenue | Priority | 174.99 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 23.31 | 0.00 |
| 4. | JP Morgan Chase Bank | Unsecured | 0.00 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 35.59 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 41.17 | 0.00 |
| 7. | Calvary Portfolio Services | Unsecured | 55.15 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 77.81 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 29.61 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 37.51 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 4.72 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 41.52 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 73.17 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 59.55 | 0.00 |
| 15. | B-Real LLC | Unsecured | 105.82 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 46.93 | 0.00 |
| 17. | Midland Credit Management | Unsecured | 0.00 | 0.00 |
| 18. | Jefferson Capital Systems LLC | Unsecured | 62.69 | 0.00 |
| 19. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 20. | Allied International Credit | Unsecured |  | No Claim Filed |
| 21. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 22. | Allied International Credit | Unsecured |  | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 24. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 25. | Harvard Collection Services In | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hunt, Regina

Printed: 12/13/07

Case Number: 07 B 15182
Judge: Squires, John H
Filed: 8/21/07

| | | | | |
|---|---|---|---|---|
| 26. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 27. | Harris & Harris | Unsecured | | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 29. | Premier Credit | Unsecured | | No Claim Filed |
| 30. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 31. | Professional Account Management | Unsecured | | No Claim Filed |
| 32. | Triad Financial Services | Unsecured | | No Claim Filed |

$ 13,116.98       $ 833.43

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 47.57 |

$ 47.57

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_